UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

---

CASE NO. 13-61312-CIV-COHN/SELTZER

**MARK DUPREE,**

    **Plaintiff,**

vs.

**LAKEVIEW HEALTH SYSTEMS, LLC,**

    **Defendant.**

_____/

## MEDIATION REPORT

In accordance with S.D. Fla. L. R. 16.2(f), the undersigned mediator reports that on July 30, 2014, a mediation conference was held, all required parties were present, and the case settled.

**I hereby certify** that a true and correct copy of the foregoing was served by a CM/ECF generated notice of electronic filing on July 30, 2014, on all counsel or parties of record on the Service List below.

Dated:    July 30, 2014
              Miami, Florida

Respectfully submitted,

   s/   Brian F. Spector
Brian F. Spector
E-mail brian@bspector.com
Mediator # 19519RA ⬥ Florida Bar # 261254
Brian F. Spector, LLC
Post Office Box 566206
Miami, Florida 33256-6206
Telephone 305.666.1664
Facsimile 305.661.8481

## SERVICE LIST

*DuPree v. Lakeview Health Systems LLC*
Case No. 13-61312-Civ-Cohn/Seltzer
U.S. District Court, S.D. Florida

Jerold I. Schneider, Esq.
jerold.schneider@sriplaw.com
Joel B. Rothman, Esq.
joel.rothman@sriplaw.com
Schneider Rothman IP Law Group
4651 North Federal Highway
Boca Raton, Florida 33431
Telephone 561.404.4350
Facsimile 561.404.4353
   -  and   -
Robert C. Kain, Jr., Esq.
rkain@complexip.com
Kain & Associates, Attorneys at Law, P.A.
900 S.E. Third Avenue, Suite 205
Fort Lauderdale, Florida 33316
Telephone 954.768.9002
Facsimile 954.768.0158
   -  and   -
Steven W. Teppler, Esq.
steppler@abbottlawpa.com
Abbott Law Group, P.A.
2929 Plummer Cover Road
Jacksonville, Florida 32223
Telephone 941.487.0050
Facsimile 941.870.4403
**Attorneys for**
**Plaintiff Mark Dupree**

Kenneth R. Hartmann, Esq.
krh@kttlaw.com
Douglas A. Wolfe, Esq.
daw@kttlaw.com
Robert J. Neary, Esq.
rn@kttlaw.com
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Boulevard
Suite 900
Coral Gables, Florida 33134-6036
Telephone 305.372.1800
Facsimile 305.372.3508
   -  and   -
Julie B. Schwartz-Karron, Esq.
jschwartz@hinshawlaw.com
Hinshaw & Culbertson LLP
One East Broward Blvd., Suite 1010
Ft. Lauderdale, Florida 33301
Telephone 954.467.7900
Facsimile 954.467.1024
**Attorneys for Defendant**
**Lakeview Health Systems LLC**

Brian F. Spector, LLC • Post Office Box 566206 • Miami, Florida 33256-6206
Tel 305.666.1664 • Cell 305.613.5200 • Fax 305.661.8481 • brian@bspector.com