UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61312-CIV-COHN/SELTZER

MARK DUPREE,

    Plaintiff/Counter-Defendant,

v.

LAKEVIEW HEALTH SYSTEMS LLC,

    Defendant/Counter-Plaintiff,

_____/

## ORDER REGARDING SETTLEMENT

**THIS CAUSE** is before the Court upon the Mediation Report [DE 60] ("Report"). In the Report, the Mediator states that the parties settled this action at the mediation conference held on July 30, 2014. See DE 60 at 1. But as of this date, the parties have filed no settlement or dismissal papers. See DE 13 at 2, ¶ 9 (Order of Referral to Mediation). Accordingly, it is

**ORDERED AND ADJUDGED** that the parties shall file a stipulation of dismissal with prejudice by no later than **noon on August 29, 2014.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of August, 2014.

_____
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF