UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61312-CV

MARK DUPREE

    Plaintiff,

v.

LAKEVIEW HEALTH SYSTEMS, LLC, a
Florida Limited Liability Company,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, having resolved this matter pursuant to a Settlement Agreement dated July 31, 2014, hereby stipulate and agree to the dismissal of this action with prejudice with the parties to bear their own attorneys' fees and costs. The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the settlement agreement reached in this case.

Respectfully submitted on August 28, 2014.

| | |
|---|---|
| By: /s/ Joel B. Rothman | By: /s/ Douglas A. Wolfe |
| Joel B. Rothman, Esq. | Douglas A. Wolfe, Esq. |
| Florida Bar No. 98220 | Florida Bar No. 028671 |
| **Schneider Rothman Intellectual Property Law Group, PLLC** | DAW@kttlaw.com |
| | Robert J. Neary, Esq. |
| Counsel for Plaintiff | Florida Bar No. 81712 |
| 4651 N. Federal Hwy | **KOZYAK TROPIN & THROCKMORTON, P.A.** |
| Boca Raton, FL 33431 | Counsel for Defendant |
| Tel: (561) 404-4350 | 2525 Ponce de Leon Blvd., 9th Floor |
| Fax: (561) 404-4353 | Coral Gables, FL 33134 |
| | Tel:   (305) 372-1800 |
| | Fax.: (305) 372-3508 |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 28, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received Notices of Electronic filing electronically.

/s/ Joel B. Rothman
Joel B. Rothman
Florida Bar No. 98220

SERVICE LIST

CIVIL ACTION NO. 9:13-CV-61312
United States District Court, Southern District of Florida

Kenneth R. Hartmann, Esq.
krh@kttlaw.com
Douglas A. Wolfe, Esq.
daw@kttlaw.com
Robert Neary, Esq.
rn@kttlaw.com
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, FL 33134

Cheryl L. Wilke, Esq.
cwilke@hinshawlaw.com
Julie Schwartz-Karron, Esq.
jschwartz@hinshawlaw.com
Hinshaw & Culbertson
One East Broward Blvd., Suite 1010
Fort Lauderdale, FL 33301

*Attorneys for Defendant*
*Via CM/ECF notice*